# APPENDIX "A"

## Portfolio

Equity | Bond

### Asset Allocation

| Asset Class | Net | Short | Long | Cat. | Index |
|---|---|---|---|---|---|
| U.S. Equity | 52.48 | 0.00 | 52.48 | 49.38 | 50.79 |
| Non-U.S. Equity | 28.36 | 0.00 | 28.36 | 24.42 | 28.58 |
| Fixed Income | 15.50 | 0.00 | 15.50 | 13.02 | 20.11 |
| Other | 0.22 | 0.00 | 0.22 | 12.58 | 0.51 |
| Cash | 3.32 | 0.08 | 3.39 | 2.04 | 0.00 |
| Not Classified | 0.11 | 0.00 | 0.11 | 0.06 | 0.00 |

Investment as of Jul 31, 2023 | Category: Target-Date 2040 as of Jul 31, 2023 | Index: Morningstar Lifetime Mod 2040 TR USD as of Aug 31, 2023 | Source: Holdings-based calculations.

### Stock Style

Map | Weight | Historical




## Portfolio

Equity | Bond

### Asset Allocation

| Asset Class | Net | Short | Long | Cat. | Index |
|---|---|---|---|---|---|
| U.S. Equity | 57.61 | 0.40 | 58.01 | 49.38 | 50.79 |
| Non-U.S. Equity | 29.16 | 0.00 | 29.16 | 24.42 | 28.58 |
| Fixed Income | 6.29 | 1.84 | 8.13 | 13.02 | 20.11 |
| Other | 1.32 | 0.00 | 1.32 | 12.58 | 0.51 |
| Cash | 5.49 | 0.78 | 6.27 | 2.04 | 0.00 |
| Not Classified | 0.13 | 0.00 | 0.13 | 0.06 | 0.00 |

Investment as of Jun 30, 2023 | Category: Target-Date 2040 as of Jul 31, 2023 | Index: Morningstar Lifetime Mod 2040 TR USD as of Aug 31, 2023 | Source: Holdings-based calculations.

### Stock Style

Map | Weight | Historical



## Portfolio

Equity | Bond

### Asset Allocation

| Asset Class | Net | Short | Long | Cat. | Index |
|---|---|---|---|---|---|
| U.S. Equity | 64.55 | 0.00 | 64.55 | 49.38 | 50.79 |
| Non-U.S. Equity | 17.67 | 0.00 | 17.67 | 24.42 | 28.58 |
| Fixed Income | 14.27 | 0.00 | 14.27 | 13.02 | 20.11 |
| Other | 0.12 | 0.00 | 0.12 | 12.58 | 0.51 |
| Cash | 3.40 | 0.00 | 3.41 | 2.04 | 0.00 |
| Not Classified | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 |

Investment as of Jun 30, 2023 | Category: Target-Date 2040 as of Jul 31, 2023 | Index: Morningstar Lifetime Mod 2040 TR USD as of Aug 31, 2023 | Source: Holdings-based calculations.

### Stock Style

Map | Weight | Historical




## Portfolio

Equity | Bond

### Asset Allocation

| Asset Class | Net | Short | Long | Cat. | Index |
|---|---|---|---|---|---|
| U.S. Equity | 54.86 | 0.00 | 54.86 | 49.38 | 50.79 |
| Non-U.S. Equity | 25.09 | 0.00 | 25.09 | 24.42 | 28.58 |
| Fixed Income | 13.25 | 0.00 | 13.25 | 13.02 | 20.11 |
| Other | 0.53 | 0.00 | 0.53 | 12.58 | 0.51 |
| Cash | 6.03 | 1.04 | 7.07 | 2.04 | 0.00 |
| Not Classified | 0.25 | 0.00 | 0.25 | 0.06 | 0.00 |

Investment as of Jun 30, 2023 | Category: Target-Date 2040 as of Jul 31, 2023 | Index: Morningstar Lifetime Mod 2040 TR USD as of Aug 31, 2023 | Source: Holdings-based calculations.

### Stock Style

Map | Weight | Historical

