# Appendix "B"

**3 and 5 year average as of 12/31/2018**

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2020 R6 (JTTYX 11/3/14) | 4.59% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2020 (TRRBX 9/30/02 )** | **5.72%** | 4.47% |
| **Mutual of America 2020 (MURGX 11/5/07)** | **5.43%** | 4.73% |
| **Am 2020 TD Ret R6 (RRCTX 7/13/09)** | **5.54%** | 4.68% |
| **Index: Morn Life Mod 2020** | **5.18%** | 3.86% |
| **Fund in Plan** | | |
| JPM SR 2025 R6 (JNSYX 11/3/14 ) | **4.95%** | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2025 (TRRHX 2/27/04 )** | **6.10%** | 4.75% |
| **Mutual of America 2025 (MURHX)** | **6.00%** | 5.14% |
| **Am 2025 Trgt Ret R6 (RFDTX)** | **6.12%** | 5.00% |
| **Index: Morn Life Mod 2025** | **5.69%** | 4.16% |
| **Fund in Plan** | | |
| JPM SR 2030 R6 (JSMYX 11/3/14) | 5.37% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2030 (TRRCX 9/30/02)** | **6.42%** | 5.03% |
| **Mutual of America 2030 (MURIX 11/5/07)** | **6.29%** | 5.37% |
| **Am 2030 Trgt Ret R6 (RFETX 7/13/09)** | **6.91%** | 5.62% |
| **Index: Morn Life Mod 2030** | **6.25%** | 4.44% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2040 R6 (SMTYX 11/3/14) | 5.70% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2040 (TRRDX 9/30/02)** | **6.77%** | 5.30% |
| **Mutual of America 2040 (MURLX 11/5/07)** | **6.45%** | 5.24% |
| **Am 2040 Trgt Ret R6 (RFGTX)** | **7.62%** | 6.04% |
| **Bench/Index: Morn LT Mod 2040** | **6.97%** | 4.65% |
| **Fund in Plan** | | |
| JPM SR 2045 R6 (JSAYX 11/3/14) | 5.66% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2045 (TRRKX 5/31/05)** | **6.80%** | 5.31% |
| **Mutual of America 2045 (MURMX)** | **6.39%** | 5.13% |
| **Am 2045 Trgt Ret R6 (RFHTX)** | **7.76%** | 6.17% |
| Bench/Index: Morn LT Mod 2045 | **7.05%** | 4.60% |
| **Fund in Plan** | | |
| JPM SR 2050 R6 (JTSYX 11/3/14) | 5.63% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2050 (TRRMX 12/29/06)** | **6.79%** | 5.32% |
| **Mutual of America 2050 (MURNX 10/1/12)** | **6.32%** | 5.04% |
| **Am 2050 Trgt Ret R6 (RFITX 7/13/09)** | **7.82%** | 6.19% |
| Bench/Index: Morn LT Mod 2050 | **7.04%** | N/A |

| Fund in Plan | | |
|---|---|---|
| JPM SR 2035 R6 (SRJYX 11/3/14) | 5.44% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2035 (TRRJX 2/27/04)** | **6.60%** | 5.17% |
| **Mutual of America 2035 (MURJX 11/5/07)** | **6.52%** | 5.45% |
| **Am 2035 TD Ret R6 (RFFTX 7/13/09)** | **7.43%** | 5.94% |
| Index: Morn Life Mod 2035 | **6.72%** | 4.61% |

| Fund in Plan | | |
|---|---|---|
| JPM SR 2055 R6 (JFFYX 11/3/14) | 5.65% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2055 (TRRNX 12/29/06)** | **6.77%** | 5.30% |
| Mutual of America 2055 (MUROX 10/3/16) | N/A | N/A |
| **Am 2055 Trgt Ret R6 (RFKTX)** | **7.80%** | 6.17% |
| Bench/Index: Morn LT Mod 2055 | **7.03%** | 4.42% |

**3 and 5 year average as 12/31/2017**

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2020 R6 (JTTYX 11/3/14) | 6.28% | N/A |
| JPM SR 2020 R5 (JTTIX 5/15/06) | 6.18% | 7.80% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2020 (TRRBX 9/30/02)** | **7.40%** | **9.09%** |
| **Mutual of America 2020 (MURGX 11/5/07)** | **6.93%** | **9.09%** |
| **Am 2020 TD Ret R6 (RRCTX 7/13/09)** | **6.57%** | **8.93%** |
| **Index: Morn Life Mod 2020** | 6.01% | 7.34% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2040 R6 (SMTYX 11/3/14) | 8.64% | N/A |
| JPM SR 2040 R5 (SMTIX 5/15/06) | 8.56% | 11.17% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2040 (TRRDX 9/30/02)** | **9.56%** | **11.95%** |
| **Mutual of America 2040 (MURLX 11/5/07)** | **9.19%** | **12.27%** |
| **Am 2040 Trgt Ret R6 (RFGTX)** | **9.88%** | **12.44%** |
| **Bench/Index: Morn LT Mod 2040** | **8.80%** | 10.83% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2025 R6 (JNSYX 11/3/14 ) | 7.00% | N/A |
| JPM SR 2025 R5 (JNSIX 7/31/07) | 6.92% | 8.98% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2025 (TRRHX 2/27/04 )** | **8.10%** | **10.10%** |
| Mutual of America 2025 (MURHX) | **7.87%** | **10.42%** |
| Am 2025 Trgt Ret R6 (RFDTX) | **7.42%** | **10.35%** |
| Index: Morn Life Mod 2025 | 6.73% | 8.31% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2045 R6 (JSAYX 11/3/14) | 8.71% | N/A |
| JPM SR 2045 R5 (JSAIX 7/31/07) | 8.65% | 11.21% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2045 (TRRKX 5/31/05)** | **9.70%** | **12.03%** |
| **Mutual of America 2045 (MURMX)** | **9.25%** | **12.32%** |
| **Am 2045 Trgt Ret R6 (RFHTX)** | **10.08%** | **12.56%** |
| Bench/Index: Morn LT Mod 2045 | **9.00%** | 10.70% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2030 R6 (JSMYX 11/3/14) | 7.67% | N/A |
| JPM SR 2030 R5 (JSMIX 5/15/06) | 6.96% | 10.23% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2030 (TRRCX 9/30/02)** | **8.74%** | **10.91%** |
| **Mutual of America 2030 (MURIX 11/5/07)** | **8.61%** | **11.44%** |
| **Am 2030 Trgt Ret R6 (RFETX 7/13/09)** | **8.60%** | **11.50%** |
| Index: Morn Life Mod 2030 | 6.73% | 9.59% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2050 R6 (JTSYX 11/3/14) | 8.73% | N/A |
| JPM SR 2050 R5 (JTSIX 7/31/07) | 8.65% | 11.21% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2050 (TRRMX 12/29/06)** | **9.70%** | **12.03%** |
| **Mutual of America 2050 (MURNX 10/1/12)** | **9.34%** | **12.41%** |
| **Am 2050 Trgt Ret R6 (RFITX 7/13/09)** | **10.15%** | **12.62%** |
| Bench/Index: Morn LT Mod 2050 | **9.04%** | 10.61% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2035 R6 (SRJYX 11/3/14) | 8.15% | N/A |
| JPM SR 2035 R5 (SRJIX 7/31/07) | 8.09% | 11.17% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2035 (TRRJX 2/27/04)** | **9.21%** | **11.52%** |
| **Mutual of America 2035 (MURJX 11/5/07)** | **9.13%** | **12.12%** |
| **Am 2035 TD Ret R6 (RFFTX 7/13/09)** | **9.55%** | **12.12%** |
| Index: Morn Life Mod 2035 | **8.31%** | 10.41% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2055 R6 (JFFYX 11/3/14) | 8.73% | N/A |
| JPM SR 2055 R5 (JFFIX 1/31/12) | 8.63% | 11.23% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2055 (TRRNX 12/29/06)** | **9.69%** | 12.02% |
| Mutual of America 2055 (MUROX 10/3/16) | N/A | N/A |
| **Am 2055 Trgt Ret R6 (RFKTX)** | **10.14%** | 12.60% |
| Bench/Index: Morn LT Mod 2055 | **9.82%** | 10.90% |

**3 and 5 year average as of 12/31/2016**

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2020 R5 (JTTIX 5/15/06) | 3.94% | 7.91% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2020 (TRRBX 9/30/02)** | **4.18%** | **8.95%** |
| **Mutual of America 2020 (MURGX 11/5/07)** | **5.28%** | **8.93%** |
| **Am 2020 TD Ret R6 (RRCTX 7/13/09)** | **4.61%** | **8.94%** |
| **Index: Morn Life Mod 2020** | 3.80% | 7.28% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2040 R5 (SMTIX 5/15/06) | 4.25% | 10.51% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2040 (TRRDX 9/30/02)** | **4.61%** | **11.11%** |
| **Mutual of America 2040 (MURLX 11/5/07)** | **6.11%** | **11.73%** |
| **Am 2040 Trgt Ret R6 (RFGTX)** | **5.18%** | **11.45%** |
| **Bench/Index: Morn LT Mod 2040** | **4.28%** | 9.63% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|

| | | |
|---|---|---|
| JPM SR 2025 R5 (JNSIX 7/31/07) | 4.13% | 8.94% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2025 (TRRHX 2/27/04 )** | **4.35%** | **9.74%** |
| **Mutual of America 2025 (MURHX)** | **5.81%** | **10.12%** |
| **Am 2025 Trgt Ret R6 (RFDTX)** | **4.67%** | **10.39%** |
| Index: Morn Life Mod 2025 | 4.02% | 8.26% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2030 R5 (JSMIX 5/15/06) | 4.10% | 9.66% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2030 (TRRCX 9/30/02)** | **4.51%** | **10.41%** |
| **Mutual of America 2030 (MURIX 11/5/07)** | **6.20%** | **10.99%** |
| **Am 2030 Trgt Ret R6 (RFETX 7/13/09)** | **5.02%** | **11.13%** |
| Index: Morn Life Mod 2030 | **4.20%** | 8.81% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2035 R5 (SRJIX 7/31/07) | 4.17% | 10.28% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2035 (TRRJX 2/27/04)** | **4.56%** | **10.86%** |
| **Mutual of America 2035 (MURJX 11/5/07)** | **6.31%** | **11.58%** |
| **Am 2035 TD Ret R6 (RFFTX 7/13/09)** | **5.15%** | **11.29%** |
| Index: Morn Life Mod 2035 | **4.29%** | 9.37% |

| | | |
|---|---|---|
| JPM SR 2045 R5 (JSAIX 7/31/07) | 4.25% | 10.53% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2045 (TRRKX 5/31/05)** | **4.61%** | **11.13%** |
| **Mutual of America 2045 (MURMX)** | **5.99%** | **11.71%** |
| **Am 2045 Trgt Ret R6 (RFHTX)** | **5.27%** | **11.50%** |
| Bench/Index: Morn LT Mod 2045 | 4.19% | 9.55% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2050 R5 (JTSIX 7/31/07) | 4.24% | 10.52% |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2050 (TRRMX 12/29/06)** | **4.64%** | **11.13%** |
| **Mutual of America 2050 (MURNX 10/1/12)** | **5.93%** | N/A |
| **Am 2050 Trgt Ret R6 (RFITX 7/13/09)** | **5.27%** | **11.51%** |
| Bench/Index: Morn LT Mod 2050 | 4.07% | 9.28% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2055 R5 (JFFIX 1/31/12) | 4.28% | N/A |
| **Superior Performing Alternatives** | | |
| **Trowe Ret 2055 (TRRNX 12/29/06)** | **4.64%** | 11.13% |
| Mutual of America 2055 (MUROX 10/3/16) | N/A | N/A |
| **Am 2055 Trgt Ret R6 (RFKTX)** | **5.25%** | 11.49% |
| Bench/Index: Morn LT Mod 2055 | 3.93% | 9.17% |

**3 and 5 year average as 12/31/2015**

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2020 R5 (JTTIX 5/15/06) | 6.48% | 6.54% |
| **Superior Performing Alternatives** | | |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2040 R5 (SMTIX 5/15/06) | 9.29% | 8.01% |
| **Superior Performing Alternatives** | | |

| | | |
|---|---|---|
| **Trowe Ret 2020 (TRRBX 9/30/02)** | **7.52%** | **7.15%** |
| **Mutual of America 2020 (MURGX 11/5/07)** | **8.17%** | **7.50%** |
| **Am 2020 TD Ret R6 (RRCTX 7/13/09)** | **8.28%** | **7.71%** |
| **Index: Morn Life Mod 2020** | 5.27% | 5.88% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2025 R5 (JNSIX 7/31/07) | 7.60% | 7.14% |

| **Superior Performing Alternatives** | | |
|---|---|---|
| **Trowe Ret 2025 (TRRHX 2/27/04 )** | **8.47%** | **7.71%** |
| **Mutual of America 2025 (MURHX)** | **9.32%** | **8.26%** |
| **Am 2025 Trgt Ret R6 (RFDTX)** | **9.75%** | **8.63%** |
| Index: Morn Life Mod 2025 | 6.49% | 6.59% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2030 R5 (JSMIX 5/15/06) | 8.43% | 7.48% |

| **Superior Performing Alternatives** | | |
|---|---|---|
| **Trowe Ret 2030 (TRRCX 9/30/02)** | **9.28%** | **8.20%** |
| **Mutual of America 2030 (MURIX 11/5/07)** | **10.21%** | **8.80%** |
| **Am 2030 Trgt Ret R6 (RFETX 7/13/09)** | **10.56%** | **9.90%** |
| Index: Morn Life Mod 2030 | 7.41% | 7.01% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2035 R5 (SRJIX 7/31/07) | 9.06% | 7.88% |

| **Superior Performing Alternatives** | | |
|---|---|---|
| **Trowe Ret 2035 (TRRJX 2/27/04)** | **9.87%** | **8.52%** |
| **Mutual of America 2035 (MURJX 11/5/07)** | **10.74%** | **9.07%** |
| **Am 2035 TD Ret R6 (RFFTX 7/13/09)** | **10.69%** | **9.13%** |
| Index: Morn Life Mod 2035 | 7.55% | 7.05% |

| | | |
|---|---|---|
| **Trowe Ret 2040 (TRRDX 9/30/02)** | **10.23%** | **8.72%** |
| **Mutual of America 2040 (MURLX 11/5/07)** | **10.83%** | **9.03%** |
| **Am 2040 Trgt Ret R6 (RFGTX)** | **10.87%** | **9.21%** |
| **Bench/Index: Morn LT Mod 2040** | 7.67% | 7.07% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2045 R5 (JSAIX 7/31/07) | 9.30% | 8.05% |

| **Superior Performing Alternatives** | | |
|---|---|---|
| **Trowe Ret 2045 (TRRKX 5/31/05)** | **10.22%** | **8.73%** |
| **Mutual of America 2045 (MURMX)** | **10.83%** | **8.96%** |
| **Am 2045 Trgt Ret R6 (RFHTX)** | **10.89%** | **9.24%** |
| Bench/Index: Morn LT Mod 2045 | 7.89% | 7.09% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2050 R5 (JTSIX 7/31/07) | 9.30% | 8.03% |

| **Superior Performing Alternatives** | | |
|---|---|---|
| **Trowe Ret 2050 (TRRMX 12/29/06)** | **10.23%** | **8.75%** |
| **Mutual of America 2050 (MURNX 10/1/12)** | **10.88%** | N/A |
| **Am 2050 Trgt Ret R6 (RFITX 7/13/09)** | **10.91%** | **9.24%** |
| Bench/Index: Morn LT Mod 2050 | 7.68% | 6.92% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2055 R5 (JFFIX 1/31/12) | 9.33% | N/A |

| **Superior Performing Alternatives** | | |
|---|---|---|
| Trowe Ret 2055 (TRRNX 12/29/06) | **10.21%** | **8.75%** |
| Mutual of America 2055 (MUROX 10/3/16) | N/A | N/A |
| Am 2055 Trgt Ret R6 (RFKTX) | **10.88%** | **9.23%** |
| Bench/Index: Morn LT Mod 2055 | 7.44% | N/A |

**3 and 5 year average as 12/31/2014**

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2020 R5 (JTTIX 5/15/06) | 11.69% | 9.72% |
| JPM SR 2020 I (JTTSX 5/15/06) | 11.52% | 9.55% |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2020 (TRRBX 9/30/02) | **12.76%** | **10.20%** |
| Mutual of America 2020 (MURGX 11/5/07) | **12.17%** | **10.30%** |
| Am 2020 TD Ret R6 (RRCTX 7/13/09) | **12.69%** | **10.00%** |
| Index: Morn Life Mod 2020 | 10.40% | 9.32% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2025 R5 (JNSIX 7/31/07) | 13.46% | 10.52% |
| JPM SR 2025 I (JNSSX 7/31/07) | 13.25% | 10.35% |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2025 (TRRHX 2/27/04 ) | **14.02%** | **10.87%** |
| Mutual of America 2025 (MURHX) | **13.87%** | **11.45%** |
| Am 2025 Trgt Ret R6 (RFDTX) | **15.11%** | **11.22%** |
| Index: Morn Life Mod 2025 | 11.90% | 10.09% |
| | 11.44% | 10.02% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2030 R5 (JSMIX 5/15/06) | 14.83% | 11.11% |
| JPM SR 2030 I (JSMSX 5/15/06) | 14.64% | 10.95% |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2030 (TRRCX 9/30/02) | **15.09%** | **11.47%** |
| Mutual of America 2030 (MURIX 11/5/07) | **15.10%** | **12.25%** |
| Am 2030 Trgt Ret R6 (RFETX 7/13/09) | **16.13%** | **11.72%** |
| Index: Morn Life Mod 2030 | 13.29% | 10.76% |
| | 12.77% | 10.73% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2040 R5 (SMTIX 5/15/06) | 16.21% | 11.80% |
| JPM SR 2040 I (SMTSX 5/15/06) | 16.06% | 11.64% |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2040 (TRRDX 9/30/02) | **16.25%** | **12.06%** |
| Mutual of America 2040 (MURLX 11/5/07) | **16.23%** | **12.92%** |
| Am 2040 Trgt Ret R6 (RFGTX) | **16.48%** | **11.79%** |
| Bench/Index: Morn LT Mod 2040 | 14.52% | 11.24% |
| | 13.92% | 11.25% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2045 R5 (JSAIX 7/31/07) | 16.23% | 11.76% |
| JPM SR 2045 I (JSASX 7/31/07) | 16.05% | 11.60% |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2045 (TRRKX 5/31/05) | **16.26%** | **12.05%** |
| Mutual of America 2045 (MURMX) | **16.19%** | **12.89%** |
| Am 2045 Trgt Ret R6 (RFHTX) | **16.51%** | **11.79%** |
| Bench/Index: Morn LT Mod 2045 | 14.47% | 11.14% |
| | 13.85% | 11.14% |

| Fund in Plan | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2050 R5 (JTSIX 7/31/07) | 16.21% | 11.82% |
| JPM SR 2050 I (JTSSX 7/31/07) | 16.02% | 11.66% |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2050 (TRRMX 12/29/06) | **16.25%** | **12.06%** |
| Mutual of America 2050 (MURNX 10/1/12) | | |
| Am 2050 Trgt Ret R6 (RFITX 7/13/09) | **16.51%** | **11.81%** |
| Bench/Index: Morn LT Mod 2050 | 14.24% | 11.19% |
| | 13.69% | 10.99% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2035 R5 (SRJIX 7/31/07) | 15.87% | 11.60% |
| JPM SR 2035 I (SRJSX 7/31/07) | 15.71% | 11.43% |
| | | |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2035 (TRRJX 2/27/04) | **15.82%** | **11.83%** |
| Mutual of America 2035 (MURJX 11/5/07) | **15.95%** | **12.76%** |
| Am 2035 TD Ret R6 (RFFTX 7/13/09) | **16.27%** | **11.71%** |
| Index: Morn Life Mod 2035 | 14.19% | 11.14% |
| | 13.63% | 11.15% |

| **Fund in Plan** | 3 Yr | 5 Yr |
|---|---|---|
| JPM SR 2055 R5 (JFFIX 1/31/12) | N/A | N/A |
| JPM SR 2055 I (JFFSX 1/31/12) | N/A | N/A |
| | | |
| **Superior Performing Alternatives** | | |
| Trowe Ret 2055 (TRRNX 12/29/06) | 16.25% | 12.07% |
| Mutual of America 2055 (MUROX 10/3/16) | N/A | N/A |
| Am 2055 Trgt Ret R6 (RFKTX) | 16.50% | **N/A** |
| Bench/Index: Morn LT Mod 2055 | 13.83% | 11.02% |
| | 13.41% | 11.05% |