# APPENDIX “C”


JSMIX +4,470.21 | +44.70%
TRRCX +6,128.90 | +61.29%
MURIX +6,148.24 | +61.48%
RFETX +6,424.96 | +64.25%
MSAAM30M +4,808.24 | +48.08%
USD
20,000.00
17,500.00
15,000.00
12,500.00
10,000.00
7,500.00
16,424.96
14,808.24
2015
2016
2017
2018
2019
2020
2021
2022


SRJIX +5,221.16 | +52.21%
TRRJX +6,569.59 | +65.70%
MURJX +6,752.53 | +67.53%
RFFTX +7,494.29 | +74.94%
MSAAM35M +5,439.88 | +54.40%
USD
21,006.69
18,506.69
16,006.69
13,506.69
11,006.69
8,506.69
16,569.59
15,221.16
2015
2016
2017
2018
2019
2020
2021
2022


JSAIX +6,065.87 | +60.66%
TRRKX +7,216.63 | +72.17%
MURMX +7,177.88 | +71.78%
RFHTX +7,949.14 | +79.49%
MSAAM45M +6,206.39 | +62.06%
USD
24,000.00
21,000.00
18,000.00
15,000.00
12,000.00
9,000.00
2015
2016
2017
2018
2019
2020
2021
2022
17,949.14
17,177.88
16,206.39


JTSIX +6,025.31 | +60.25%
TRRMX +7,219.31 | +72.19%
MURNX +7,187.20 | +71.87%
RFITX +7,922.26 | +79.22%
MSAAM50M +6,250.19 | +62.50%
USD
24,000.00
21,000.00
18,000.00
15,000.00
12,000.00
9,000.00
2015
2016
2017
2018
2019
2020
2021
2022
17,922.26
17,187.20
16,250.19