EXHIBIT 1

# SCL HEALTH

## DEFINED CONTRIBUTION PLAN INVESTMENT POLICY AND GUIDELINES

**January 28, 2020**

# DEFINED CONTRIBUTION INVESTMENT POLICY AND GUIDELINES

## Purpose:

The purpose of this Investment Policy and Guidelines (the "Policy") is to assist the Defined Contribution Investment Committee (the "Committee") in effectively selecting, monitoring, and evaluating the investments made available to participants under the following plans (the "Plans") sponsored by Sisters of Charity of Leavenworth Health System ("SCL Health"):

- Sisters of Charity of Leavenworth Health System Defined Contribution Plan ("DC Plan")
- Sisters of Charity of Leavenworth System 401 (k) Plan ("401(k) Plan")
- Sisters of Charity of Leavenworth Health System Retirement Savings Plan ("403(b) Plan")
- Sisters of Charity of Leavenworth Health System Executive Retirement Plan A ("Plan A")
- Sisters of Charity of Leavenworth Health System Executive Retirement Plan B ("Plan B")
- Sisters of Charity of Leavenworth Health System Supplemental Deferred Compensation Plan ("Supplemental Plan")

This Policy replaces and supersedes any prior investment guidelines for the Plans and is effective for investments first offered under the Plans or reviewed after the effective date.

## Plan Overview:

Participants may make pre-tax salary deferral contributions (including catch-up contributions) to the 401 (k) Plan.The employer provides basic contributions and matching contributions for eligible participants. All contributions to these Plans are made in cash. 401(k) Plan assets are held in trust; 403(b) Plan assets are held in trust or individual custodial accounts. The 401(k) Plan, 403(b) Plan and DC Plan (collectively known as "The SCL Health Defined Contributions Plans") provide participants the opportunity to direct the investment of their plan accounts among eligible investment alternatives made available under the plans.

Plan A, Plan B and the Supplemental Plan are unfunded plans under Section 457 of the Internal Revenue Code. Each participant has a recordkeeping account in his or her name, which account measures the participant's benefits under the Plan. These plans permit participants to have the value of their recordkeeping accounts determined based on hypothetical investments made available under the plans. In selecting investments to be made available under the plans for deemed investment of participant accounts, the Committee will follow the guidelines of this Policy. These plans have no assets, but the employer may elect to deposit monies in one or more rabbi trusts to fund benefits. SCL Health directs the trustee of the rabbi trusts as to the investment of trust assets, which may or may not be consistent with the investment selections of the Committee or participants under this Policy.

The SCL Health Defined Contribution Plans are in compliance with the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

**Investment Objectives:**

Investment objectives of this Policy are:

- To offer a selection of investment alternatives with materially different risk and return characteristics to enable participants, by choosing among such alternatives, to achieve a portfolio with aggregate risk and return characteristics within a range that each participant individually determines is appropriate for the participant, and to minimize, through diversification, the overall risk of such individual's portfolio within the range of risk that the individual selects;

- To provide participants a reasonable opportunity to materially affect the potential return on amounts in their individual accounts, and the degree of risk to which such amounts are subject, based upon such individual's own investment and retirement goals and needs;

- To provide at least one investment alternative which is an income-producing, low volatility, liquid fund; and

- To offer investment alternatives at reasonable cost.

**Selection Criteria for Investment Alternatives:**

With respect to the 401(k) Plan, investment alternatives may consist of collective trust funds, index funds or mutual funds whose eligible investments, investment guidelines, and investment philosophies are governed by a prospectus or similar disclosure. Investment alternatives may also include separately managed investment manager accounts, or a fund created by the Committee consisting of investments described above, which will be managed in accordance with investment guidelines to be established at that time by the Committee. (Unless the context suggests otherwise, the selection, review and termination of an investment manager shall be treated in the same manner as an investment alternative hereunder). With respect to the 403(b) Plan, investment alternatives are limited to mutual funds and annuities. With respect to Plan A, Plan B and the Supplemental Plan, investment alternatives are limited to mutual funds.

The Committee may select available investment alternatives and add or remove such alternatives at any time at its discretion. The Committee may use the services of one or more outside investment advisers to assist it in the selection of investment alternatives under the Plans. The screening process for the initial selection of any mutual fund or other investment vehicle will include, but not be limited to, consideration of the following:

- Performance relative to peers within the appropriate peer group categories;
- Performance relative to market benchmarks for annualized periods, calendar years, and quarters within calendar years. Rolling periods of performance may also be considered, along with performance in both positive and negative market environments;
- Net assets in fund - size should be sufficient to limit the possibility that the Plans could be a major owner of the fund;

- Expense ratio should be reasonable compared to other similarly managed funds;
- Years of history - while longer periods are preferred (five or ten years), some asset classes may necessitate using a shorter (e.g., three-year) performance history;
- Manager tenure - the consecutive time that the manager or management team (or members thereof) have been in place; and
- Each fund must have operational facility with the plan's record keeper.

Additional considerations at the time of selection may include:

- Style consistency;
- Investment philosophy/strategy;
- Risk/reward characteristics (e.g., standard deviation, beta, alpha, R-squared, up/down market capture);
- Strength/stability - stable management and good standing within the investment industry;
- Redemption fees; and
- Such other factors the Committee may deem appropriate.

Investment alternatives offered under the Plans will be reflected on Exhibit A. At the time of selection of any alternative, the Committee, with assistance of outside investment advisors as desired by the Committee, will establish appropriate market benchmarks and peer groups for such alternative, which will also be reflected on Exhibit A and may be modified by the Committee from time to time as appropriate. To the extent target maturity funds lack consistent market or peer group benchmarks, those funds will be compared to a market composite or appropriate equity and fixed income indices.

**Review Policy:**

The Committee may enlist the services of one or more investment advisors to assist in monitoring the ongoing performance and status of each investment alternative offered under the Plans. Although the investment alternatives are chosen with long-term expected return and risk profiles in mind, performance will be reviewed at least annually in an effort to identify any adverse performance trends or other issues and the Committee will take such actions as it deems appropriate. Funds will be reviewed against market benchmarks and peer groups as reflected on the attached Exhibit A, as well as the following criteria:

- Performance relative to peer group - the investment manager should be measured against an appropriate peer universe, using a consistent period of measurement (e.g., the most recent five-year period);
- Performance relative to market benchmark - the investment manager should be compared to the market benchmark using a consistent period of measurement (e.g., the most recent five-year period);
- Expense ratio should remain consistent (or decline) over time relative to peer group average;
- Manager changes - changes in the lead manager or key members of the management team; and
- Consistency of style and classification - most funds should be reviewed for consistency of style and classification over time, due to the asset allocation approach used by most Plan participants.

**"Watch" Status Criteria:**

The Committee recognizes that there are no hard and fast rules for investment alternative termination. Performance against the alternative's index or peer group is just one factor in determining whether the alternative should continue to be offered under the Plans. Other factors that the Committee believes may have a material impact on the continued appropriateness of an investment alternative include, without limitation, operational issues, a significant change in the level of assets and/or number of accounts, a change in fund management, violation of applicable law, or gross or willful misconduct.

Any recommendation to terminate an investment alternative will be treated on an individual basis based on overall data with respect to the fund. Thorough and documented analysis will be exercised in any termination decision process.

Prior to making a decision to terminate an investment alternative from the Plans, an investment alternative may be subject to "watch" status at the discretion of the Committee, which may be based, in part, upon information or recommendations from one or more investment advisers. Prevailing circumstances will determine the length of time an alternative remains on "watch." The Committee may, however, terminate an investment alternative without "watch" status notice if it believes that termination is in the best interests of the participants.

**Adding Funds:**

The decision to add additional investment options will be at the discretion of the Committee, based on this Policy. Whenever an alternative is to be added, it is the intention of the Committee that participants be given notice to make investment decisions prior to the effective date of the new alternative.

**Removing Fund Options:**

The Committee recognizes that investment alternative terminations have unique circumstances, such as the level of assets, number of participant accounts, and similar replacement alternatives within the current investment options menu, which may result in different action plans upon termination. Upon a decision to terminate an investment alternative, the Committee should review the circumstances and decide on a process for termination and replacement of the terminated alternative, which may include mapping to a successor alternative or simply freezing the alternative to future investments.

**Default Fund:**

The Committee recognizes that some participants may fail to make investment choices for their accounts. The Committee believes it is appropriate to select, as the default investment alternative for any participant who fails to make an investment choice for his or her plan accounts, one investment alternative (which investment alternative should constitute a "qualified default investment alternative" as defined in ERISA Section 404(c)(5)). To the extent feasible, actions taken by the Committee hereunder will be consistent with Labor Regs. Sec. 2550.404c-5. The default investment alternative from time-to-time selected by the Committee will be reflected on Exhibit A, together with appropriate market benchmarks and peer group benchmarks selected by the Committee.

**Forfeitures & Suspense Accounts:**

All Plan forfeitures, to the extent remaining in a forfeiture suspense account, will be invested in a money market fund selected by the Committee and reflected on Exhibit A. All other assets remaining in a plan suspense account will be invested in a money market fund selected by the Committee and reflected on Exhibit A.

**Proxy Voting Policy:**

The plan's trustee or custodian will vote and exercise any similar rights associated with mutual or pooled funds held in or with respect to the Plans.

**Changes/Approval of Investment Policy Statement:**

This Policy is the responsibility of the Committee. Any changes or amendments to the Policy may be made at any time and must be approved by the Committee. The overall investment policy will be reviewed at least annually by the Committee and one or more outside investment advisers, as determined by the Committee.

Adopted this 28th day of January 2020.

| | | | |
|---|---|---|---|
| SCL Health EVP/CFO: | Janie Wade | Signature | Date |
| SCL Health VP Treasurer: | Mark Wilkinson | Signature | Date |
| Investment Committee Chair: | Gordon Howie | Signature | Date |
| SCL Health Board Chair: | Steve Huebner | Signature | Date |

**EXHIBIT A**

| Fund Name | Category | Benchmark | Peer Group |
|---|---|---|---|
| Vanguard Treasury MMKT | Cash | 90 Day Treasury Bill | Market Tax-FreeMaMarket |
| TCW MetWest Total Return Fund | Fixed Income | Barclays Capital Aggregate | Intermediate-Term Bond MStar MF Rank |
| Fidelity Spartan 500 Index | Domestic Equity | S&P 500 | eA US Passive S&P 500 Equity Net |
| JP Morgan Value Advantage | Domestic Equity | Russell 3000 Value | All Cap Value MStar MF Rank |
| Fidelity Spartan Extended Market Index | Domestic Equity | Russell 2500 Index | N/A |
| T. Rowe Price Mid Cap Growth | Domestic Equity | Russell Midcap Growth | Mid-Cap Growth MStar MF Rank |
| T. Rowe Price Small Cap | Domestic Equity | Russell 2000 Index | Small Cap MStar MF Rank |
| American Funds EuroPacific Growth | International Equity | MSCI EAFE Index | Foreign Mstar MF Rank |
| Causeway International | International Equity | MSCI EAFE Index | Foreign MStar MF Rank |
| Fidelity Global exUS Index Fund | International Equity | MSCI EAFE Index | N/A |
| Dodge & Cox Global Equity | Global Equity | MSCI World | World Stock MStar MF Rank |
| Walter Scott Global Equity (Dreyfus) | Global Equity | MSCI World | World Stock MStar MF Rank |
| Fidelity Balanced | Tactical | 60 MSCI World/ 40 BC Global Agg. | World Allocation MStar MF Rank |
| PIMCO All Asset | Real Return | Barclays US 1-10 Yr. TIPS | Multialternative MStar MF Rank |

**Note:** The line-up also includes the JP Morgan SmartRetirement Blended Series as well as various target- date funds. Each fund within the series is benchmarked to the appropriate Morningstar Lifetime Mod benchmark that matches the year in the fund. Additionally, the peer universe used to benchmark performance is the Morningstar Target-Date Universe that aligns with each fund in the series.

**Default Fund:** In the event a participant fails to direct the investment of his or her plan accounts, such accounts shall be invested in the appropriate JP Morgan SmartRetirement Blended Fund based on the participant's date of birth.

**Plan Forfeitures and suspense accounts:** Fidelity Retirement Money Market Fund