IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No:  1:23-cv-01496-DDD-SBP          Date: April 21, 2026
Courtroom Deputy:    Stef Jeffries                FTR: Courtroom A502

| *Parties:* | *Counsel:* |
|---|---|
| IRIS MACIAS, LORINE GUMONE, and BILLIE MILHAM, each individually and on behalf of all others similarly situated, | Mark Gyandoh James Wells |
| Plaintiffs, | |
| v. | |
| SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, THE BOARD OF DIRECTORS OF THE SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, THE DEFINED CONTRIBUTION INVESTMENT COMMITTEE OF THE SISTERS OF LEAVENWORTH HEALTH SYSTEM, and JOHN DOES 1-30, | Richard Pearl |
| Defendants. | |

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

**10:05 a.m.      Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding Defendants' Motion to Bifurcate Discovery and Set Deadlines for Dispositive Motions Relating to Causation and Loss (ECF No. 80) and all related briefing.  The court takes the matter under advisement and invites the parties to submit supplemental authority in support of their positions.

**10:33 a.m.     Court in recess.**

Hearing concluded.
Total in-court time: 28 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.